LOUISE HAMBURGER, Respondent, *v.* CORNELL UNIVERSITY, Appellant.

*Hamburger* v. *Cornell University*, 184 App. Div. 403, affirmed.
(Argued April 7, 1919; decided April 22, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 27, 1918, which reversed an order of Special Term sustaining a demurrer to the complaint and directing a dismissal thereof. The action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that plaintiff was a pupil in the defendant university and while performing an experiment in chemistry required as a part of her course under the direction of defendant's instructors and with chemicals obtained from defendant's employee, an explosion occurred causing the injuries complained of. The Special Term sustained the demurrer on the ground that defendant was administering a government activity or function and was, therefore, absolved from liability for the negligence of its servants and agents.

The following question was certified: "Does the com-

40

plaint state facts sufficient to constitute a cause of action? ''

*Oliver L. McCaskill* and *Mynderse Van Cleef* for appellant.

*Nash Rockwood, Harry P. Pendrick* and *Charles A. Winter* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO, McLAUGHLIN and ANDREWS, JJ.